JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID NEWMAN,

              Petitioner,

    v.

FELICIA PONCE, Warden,

              Respondent.

Case No. 2:18-cv-02348 JWH (MAA)

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: November 5, 2020

_____

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE